UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANCISCO MEDINA,

    Petitioner,

-vs-                                                Case No. 6:12-cv-494-Orl-28GJK
                                                (Criminal Case No.: 6:09-cr-251-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case is before the Court on the following matters:

1.     The Government has filed its response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion (Doc. No. 10). Since Petitioner is appearing *pro se*, he is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have sixty (60) days from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

2. Respondents' Motion to Dismiss (Doc. No. 10) is **DENIED** without prejudice only in that the pleading shall be construed as a response to Petitioner's amended section 2255 motion (Doc. No. 5), which was the manner in which Respondents were directed to present the pleading. After Petitioner files his reply, this matter will be taken under advisement by the Court and an order entered thereon without further notice.

**DONE AND ORDERED** in Orlando, Florida, this 24 day of September, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/24
Francisco Medina
Counsel of Record